# Exhibit B

## AMENDED VERIFIED RETURN OF SERVICE

**State of California**  **County of Northern**  **District Court**

Case Number: 3:19-CV-05711-EMC   Court Date: 9/25/2020 5:00 pm

Plaintiff:
**Abante Rooter and Plumbing, Inc., et al.**

vs.

Defendant:
**Total Merchant Services, LLC**

For:
Taylor T. Smith
Woodrow & Peluso LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210

Received by JONATHAN MCRAE on the 8th day of September, 2020 at 10:39 am to be served on **Poundteam Incorporated C/o William E. Conley, 306 Fox Loop, Davenport, FL 33837.**

I, JONATHAN MCRAE, being duly sworn, depose and say that on the **10th** day of **September, 2020** at **5:14 pm**, I:

served a **CORPORATION** by delivering a true copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in A Civil Action; and Addendum A to Subpoena to Produce Documents to Poundteam with the date and hour of service endorsed thereon by me, to: **William E Conley as Registered Agent** who stated they were authorized to accept service for Poundteam Incorporated C/o William E. Conley, at the address of: **306 Fox Loop, Davenport, FL 33837**, and informed said person of the contents therein, pursuant to F.S. 48.081.

Description of Person Served: Age: 57, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 210, Hair: White, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted or served. Furthermore, I have personal knowledge to this Affidavit/Return of Service. No notary required pursuant to F.S. 92.525(2).

State of FLORIDA, County of POLK

Subscribed and Sworn to before me by means of [x] physical presense or [ ] online notarization on the _____ day of _December, 2020_ by the affiant who is personally known to me.

NOTARY PUBLIC

BECKY S. GASTON
Commission # GG 953796
Expires May 31, 2024
Bonded Thru Budget Notary Services

JONATHAN MCRAE
CPS/#CA531- 10TH JUDICIAL CIR.

Lance Randall, Inc.
1011 South Federal Hwy
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2020005654
Ref: 5654 (7230)

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u

