# Group Exhibit C

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation,<br><br>*Petitioner,*<br><br>v.<br><br>**POUNDTEAM INCORPORATED**, a Florida corporation.<br><br>*Respondent.* | Case No. |

## DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND FOR ORDER TO SHOW CAUSE AS TO WHY POUNDTEAM INCORPORATED SHOULD NOT BE HELD IN CONTEMPT

I, Taylor T. Smith, declare as follows:

1. I am an associate attorney with the law firm Woodrow & Peluso, LLC. I am over the age of 18 and, if necessary, can competently testify if required to do so.

2. I am one of the attorneys of record for Petitioner Abante Rooter and Plumbing, Inc. ("Abante" or "Petitioner") in the underlying litigation *Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC*, Case No. 3:19-cv-05711-EMC (N.D. Cal. 2019), alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA" or "Act").

3. The complaint in the underlying litigation alleges that Defendant Total Merchant Services, LLC ("TMS") can be held liable for telemarketing calls placed on its behalf by a third-party telemarketer, Triumph Merchant Solutions, LLC ("Triumph").

1

4. Through discovery, Triumph has informed Petitioner that it hired PoundTeam Incorporated ("PoundTeam" or "Respondent") to build and host a server that operated its dialing system.

5. Shortly after this disclosure, on September 2, 2020, Petitioner issued a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to PoundTeam (hereafter "PoundTeam Subpoena").

6. The PoundTeam Subpoena sought information regarding Triumph's telemarketing practices, including its calling records, as well as an inspection of Triumph's dialing system and server. The subpoena commanded all documents to be produced at 1110 N Florida Ave, Ste 300, Tampa, FL 33602, or a mutually agreeable location, on or before September 25, 2020.

7. 1110 N Florida Ave., Suite 300, Tampa, FL 33602 is within 100 miles of PoundTeam's principal office address.

8. On September 2, 2020, Petitioner served notice and a copy of the PoundTeam Subpoena on all parties in the underlying litigation. Thereafter, Petitioner sent the PoundTeam Subpoena to a process server in the State of Florida.

9. PoundTeam's principal office address is located at 306 Fox Loop, Davenport, Florida 33837. (*See* PoundTeam Corporation Annual Report, attached hereto as Exhibit 1.)

10. PoundTeam's annual report identifies William E. Conley as its president and registered agent. (*See id.*)

2

11. On September 10, 2020, Petitioner, via process server, served the PoundTeam Subpoena on William E. Conley at 306 Fox Loop, Davenport, Florida 33837.

12. To date, PoundTeam has not produced any documents, served any objections, or moved to quash the subpoena.

13. On October 6, 2020, Abante's counsel reached out to PoundTeam's president and registered agent, William E. Conley, via email, regarding its failure to respond. Abante's counsel informed Mr. Conley of PoundTeam's obligation to provide a response to the subpoena and attached an additional copy of the subpoena to the email. Further, Abante informed PoundTeam that it would file a motion to enforce the subpoena if PoundTeam failed to respond to the subpoena within fourteen (14) days.

14. On October 6, 2020, Mr. Conley responded by emailing Abante's counsel a link to PoundTeam's website's terms of use, which included a listing of hourly rates and costs that PoundTeam charges to respond to a subpoena.

15. On October 7, 2020, Abante's counsel requested Mr. Conley's availability for a phone call.

16. On October 7, 2020, Mr. Conley respond, "Pricing is the same for any form of service. Support, consultation, phone calls, et cetera. If you have an idea of the expected length of the phone call and deposit funds to cover that time, we could certainly schedule a call."

17. Even after Abante's counsel contacted PoundTeam, it has continued to ignore the subpoena and has not served any objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2020, in Denver, Colorado.

By: /s/ Taylor T. Smith
Taylor T. Smith

4