# Exhibit 1

## 2019 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P14000000743

Entity Name: POUNDTEAM INCORPORATED

**FILED**
Feb 02, 2019
Secretary of State
5135607370CC

**Current Principal Place of Business:**

306 FOX LOOP
DAVENPORT, FL 33837

**Current Mailing Address:**

306 FOX LOOP
DAVENPORT, FL 33837 US

FEI Number: 35-2492679

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

CONLEY, WILLIAM E
306 FOX LOOP
DAVENPORT, FL 33837 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                                   Date

**Officer/Director Detail :**

| Title | P | | Title | VP |
|---|---|---|---|---|
| Name | CONLEY, WILLIAM E | | Name | HATCH, KAMELA |
| Address | 306 FOX LOOP | | Address | 306 FOX LOOP |
| City-State-Zip: | DAVENPORT FL 33837 | | City-State-Zip: | DAVENPORT FL 33837 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: WILLIAM CONLEY                                              PRESIDENT                   02/02/2019

Electronic Signature of Signing Officer/Director Detail                                          Date

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., a California corporation,<br><br>*Petitioner,*<br><br>v.<br><br>POUNDTEAM INCORPORATED, a Florida corporation.<br><br>*Respondent.* | Case No. |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND FOR ORDER TO SHOW CAUSE AS TO WHY POUNDTEAM INCORPORATED SHOULD NOT BE HELD IN CONTEMPT**

Having considered the moving papers and all other matters presented to the Court, the Court finds that Petitioner's Motion To Compel Compliance With Subpoena And For Order To Show Cause As To Why PoundTeam Incorporated Should Not Be Held In Contempt ("Motion") should be granted, and hereby orders as follows:

1. The Motion is **GRANTED**;

2. PoundTeam Incorporated ("PoundTeam") is **ORDERED** to provide a complete response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (attached as Exhibit A to Petitioner's Motion) within fourteen (14) days from the date of this Order; and

4. PoundTeam is **ORDERED** to show cause within fourteen (14) days from the date of this Order as to why it should not be held in contempt for its failure to respond to Petitioner's Subpoena.

1

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            United States District Judge