Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210

NEOPOST    FIRST-CLASS MAIL
12/16/2020
US POSTAGE $002.00⁰



ZIP 80210
041M10266304

Sam M. Gibbons United States Courthouse
Attn: Clerk's Office
801 North Florida Avenue
Tampa, Florida 33602