UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**ABANTE ROOTER AND PLUMBING, INC.**, a California corporation,

    *Petitioner*,

v.

**POUNDTEAM INCORPORATED**, a Florida corporation.

    *Respondent*.

Case No. 8:20-mc-00110-JSM-SPF

**MOTION TO APPEAR PRO HAC VICE**

In accordance with Local Rule 2.02, Petitioner Abante Rooter and Plumbing, Inc. ("Petitioner" or "Abante"), through its counsel, moves this Court for an Order permitting Taylor T. Smith to appear in this Court as co-counsel on behalf of Petitioner Abante in the above-captioned action. In support, Petitioner states as follows:

1. Taylor T. Smith and the law firm, Woodrow & Peluso, LLC, have been retained to represent Petitioner in this action and the underlying action *Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC*, pending in the United States District Court for the Northern District of California. (*See Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC*, Case No. 3:19-cv-05711-EMC (N.D. Cal. 2019).)

2. Taylor T. Smith is a member in good standing and admitted to practice law in the State of Colorado as well as in the United States District Courts for the District of Colorado, the Northern District of Illinois, and the Eastern District of Michigan. Mr. Smith is also admitted to practice before the United States Court of Appeals for the Ninth Circuit.

1

3. Mr. Smith is familiar with, and will be governed by, the Local Rules of this Court as well as the Code of Professional Responsibility and the other ethical limitations and requirements governing the professional behavior of attorneys in Florida.

4. Mr. Smith designates Ryan Shipp as the lawyer upon whom all notices and papers may be served and who will be responsible for the progress of the action. Through his signature below, Mr. Shipp consents to such designation.

5. Pursuant to Local Rule 2.02(a), Ryan Shipp certifies that Mr. Smith will comply with the fee and email registration requirements of Local Rule 2.01(d).

6. Pursuant to Local Rule 2.02(a), Mr. Smith certifies that he has not appeared in courts in Florida to such a degree as to constitute the maintenance of a regular practice of law in Florida.

WHEREFORE, Petitioner respectfully requests this Court enter an Order admitting Taylor T. Smith to practice before this Court *pro hac vice*.

Respectfully submitted,

**ABANTE ROOTER AND PLUMBING, INC.**,

Dated: December 30, 2020      By:      /s/ Ryan S. Shipp
One of Petitioner's Attorneys

Law Office of Ryan S. Shipp, PLLC
Ryan S. Shipp, Esq. (FL Bar Number 52883)
814 W. Lantana Rd. Suite 1,
Lantana, Florida 33462
(561) 699-0399
Email: Ryan@shipplawoffice.com

Taylor T. Smith*
tsmith@woodrowpeluso.com

WOODROW & PELUSO, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Attorneys for Petitioner*

*Pro Hac Vice admission to be sought

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 30, 2020, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

    /s/ Ryan S. Shipp