**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation,<br><br>*Petitioner*,<br><br>v.<br><br>**POUNDTEAM INCORPORATED**, a Florida corporation.<br><br>*Respondent*. | Case No. 8:20-mc-00110-JSM-SPF |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 29, 2020, I served a true and accurate copy of the following documents:

(1) Petitioner's Motion To Compel Compliance With Subpoena And For Order To Show Cause As To Why PoundTeam Incorporated Should Not Be Held In Contempt (Dkt. 1);

(2) Exhibit A – PoundTeam Subpoena (Dkt. 1-1);

(3) Exhibit B – Proof of Service (Dkt. 1-2);

(4) Group Exhibit C - Declaration of Taylor T. Smith In Support Of Petitioner's Motion To Compel Compliance With Subpoena And For Order To Show Cause As To Why PoundTeam Incorporated Should Not Be Held In Contempt (Dkts. 1-3, 1-4); and

(5)   [Proposed] Order Granting Motion To Compel Compliance With Subpoena And For Order To Show Cause As To Why PoundTeam Incorporated Should Not Be Held In Contempt (Dkt. 1-4).

The foregoing documents were served by electronic mail and first-class U.S. Mail, postage prepaid, and properly addressed to the following party:

PoundTeam Incorporated
William E. Conley, President and Registered Agent
bconley@poundteam.com
306 Fox Loop
Davenport, Florida 33837

/s/ *Taylor T. Smith*

Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: (720) 907-7628

*Attorneys for Petitioner*

*Pro Hac Vice

2