**Subject:** Subpoena Directed to PoundTeam Incorporated – Case No. 3:19-cv-05711
**From:** Taylor Smith <tsmith@woodrowpeluso.com>
**Date:** 10/6/2020, 6:11 PM
**To:** bconley@poundteam.com

Dear Mr. Conley:

On September 8, 2020, our law firm, via process server, served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (*See* "PoundTeam Subpoena," a true and accurate copy of which is attached to this email) upon PoundTeam Incorporated. ("PoundTeam") in the case of Abante Rooter and Plumbing, Inc. v Total Merchant Services, LLC – Case No. 3:19-cv-05711.

The PoundTeam Subpoena specified September 25, 2020, as the deadline to respond. To date, our firm has received no response from PoundTeam. This email serves to remind PoundTeam of its obligation to provide a response to the subpoena. Accordingly, please contact our law firm immediately regarding PoundTeam's response to the subpoena. Failure to respond within 14 days will result in our firm moving to enforce the subpoena pursuant to Fed. R. Civ. P. 45(g).

If you have any questions, please reach out to me directly.

Sincerely,
Taylor Smith

--

Taylor T. Smith | Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com | www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC. It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it. If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Attachments:

Proof of Service - PoundTeam Subpoena.pdf — 186 KB

PoundTeam Subpoena - September 2, 2020.pdf — 380 KB

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

DATE: 09/10/20
TIME: 5:14 AM / PM
INITIALS & # SM #531

| Abante Rooter and Plumbing, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:19-cv-05711-EMC |
| Total Merchant Services, LLC | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: PoundTeam Incorporated

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: 1110 N Florida Ave, Ste 300 Tampa, FL 33602, or a mutually agreeable location | Date and Time: 09/25/2020 5:00 pm |
|---|---|

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: A mutually agreeable location | Date and Time: 09/25/2020 9:00 am |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/02/2020

CLERK OF COURT

OR

_____          /s/ Taylor T. Smith
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Abante Rooter and Plumbing, Inc., who issues or requests this subpoena, are:
Taylor T. Smith, tsmith@woodrowpeluso.com, Woodrow & Peluso, LLC, 3900 E. Mexico Ave., Suite 300, Denver, CO 80210; Tel: 720-907-7628

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## VERIFIED RETURN OF SERVICE

State of California      County of Northern      District Court

Case Number: 3:19-CV-05711-EMC   Court Date: 9/25/2020 5:00 pm

Plaintiff:
**Abante Rooter and Plumbing, Inc., et al.**

vs.

Defendant:
**Total Merchant Services, LLC**

For:
Taylor T. Smith
Woodrow & Peluso LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210

Received by JONATHAN MCRAE on the 8th day of September, 2020 at 10:39 am to be served on **Poundteam Incorporated C/o William E. Conley, 306 Fox Loop, Davenport, FL 33837.**

I, JONATHAN MCRAE, being duly sworn, depose and say that on the 10th day of September, 2020 at 5:14 pm, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in A Civil Action; and Addendum A to Subpoena to Produce Documents to Poundteam** with the date and hour of service endorsed thereon by me, to: **William E Cowley as Registered Agent** who stated they were authorized to accept service for **Poundteam Incorporated C/o William E. Conley**, at the address of: **306 Fox Loop, Davenport, FL 33837**, and informed said person of the contents therein, pursuant to F.S. 48.081.

Description of Person Served: Age: 57, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 210, Hair: White, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted or served. Furthermore, I have personal knowledge to this Affidavit/Return of Service. No notary required pursuant to F.S. 92.525(2).

State of Florida, County of Polk

Subscribed and Sworn to before me by means of [ x ] physical presence or [ ] online notarization on the 15th day of September, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

BECKY S. GASTON
Commission # GG 953796
Expires May 31, 2024
Bonded thru Budget Notary Services

JONATHAN MCRAE
CPS #CA531- 10TH JUDICIAL CIR.

Lance Randall, Inc.
1011 South Federal Hwy
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2020005654
Ref: 5654 (7230)

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k



AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| Abante Rooter and Plumbing, Inc., et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 3:19-cv-05711-EMC |
| Total Merchant Services, LLC ) | |
| _Defendant_ ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  PoundTeam Incorporated

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: 1110 N Florida Ave, Ste 300<br>Tampa, FL 33602, or a mutually agreeable location | Date and Time:<br>09/25/2020 5:00 pm |
|---|---|

☑ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: A mutually agreeable location | Date and Time:<br>09/25/2020 9:00 am |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/02/2020

| _CLERK OF COURT_ | OR | |
|---|---|---|
| | | /s/ Taylor T. Smith |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Plaintiff
Abante Rooter and Plumbing, Inc.                     , who issues or requests this subpoena, are:
Taylor T. Smith, tsmith@woodrowpeluso.com, Woodrow & Peluso, LLC, 3900 E. Mexico Ave., Suite 300, Denver, CO 80210; Tel: 720-907-7628

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:19-cv-05711-EMC

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## ADDENDUM A TO SUBPOENA TO PRODUCE DOCUMENTS TO POUNDTEAM

Please produce the following documents for inspection and copying on or before September 25, 2020. To the extent that POUNDTEAM objects to any of the below requests on the basis of privilege, POUNDTEAM must provide a privilege log and produce any and all non-privileged documents. Defined terms need not be capitalized to retain their defined meanings.

1. YOUR complete relationship with TRIUMPH, including all agreements, contracts, and services rendered.

2. All DOCUMENTS sufficient to IDENTIFY the TRIUMPH DIALING SYSTEM, including all user manuals and periodic dialer reports during the RELEVANT TIME PERIOD

3. All DOCUMENTS sufficient to IDENTIFY any and all telephone numbers utilized by TRIUMPH to place calls to PLAINTIFF through the TRIUMPH DIALING SYSTEM.

4. All DOCUMENTS sufficient to IDENTIFY all calls placed by TRIUMPH from the TRIUMPH DIALING SYSTEM from the telephone number 858-225-4580 during the RELEVANT TIME PERIOD.

5. All DOCUMENTS sufficient to IDENTIFY all calls placed by TRIUMPH from the TRIUMPH DIALING SYSTEM during the RELEVANT TIME PERIOD.

6. All DOCUMENTS sufficient to IDENTIFY the total number of calls, and the date, time, and duration of each call, made to each PERSON identified in DOCUMENTS produced in response to Requests Number 3 and 4 above.

7. All DOCUMENTS sufficient to IDENTIFY any DO NOT CALL LIST, if any, maintained by TRIUMPH on the TRIUMPH DIALING SYSTEM together with all DOCUMENTS sufficient to IDENTIFY the location of any such DO NOT CALL LIST.

8. All DOCUMENTS sufficient to IDENTIFY any and all PERSONS that TRIUMPH called at least once during the RELEVANT TIME PERIOD using the TRIUMPH DIALING SYSTEM after they were placed on TRIUMPH's DO NOT CALL LIST, together with the total number of calls TRIUMPH caused to be made to each person so identified.

9. All DOCUMENTS sufficient to IDENTIFY YOUR complete relationship with TRIUMPH, including all contracts, agreements, and communications between YOU and TRIUMPH.

10. All DOCUMENTS in YOUR possession that mention PLAINTIFF.

Case 8:20-mc-00110-JSM-SPF   Document 7-1   Filed 02/08/21   Page 7 of 19 PageID 51

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

11. All DOCUMENTS sufficient to IDENTIFY any and all communications between YOU and TRIUMPH regarding PLAINTIFF, this LAWSUIT, or the underlying allegations set forth in the Complaint.

12. A physical inspection of the TRIUMPH DIALING SYSTEM utilized by TRIUMPH, together with all user guides or manuals in effect during the RELEVANT TIME PERIOD.

13. A physical inspection of the server on which the TRIUMPH DIALING SYSTEM operates and is hosted.

## DEFINITIONS

1. "ACTION" or "LAWSUIT" means and refers to the lawsuit captioned *Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC*, Case No. 3:19-cv-05711-EMC (N.D. Cal. filed September 11, 2019), including all pleadings.

2. "DEFENDANT" or "TOTAL MERCHANT" means and refers to the Defendant in the case, Total Merchant Services, LLC, a limited liability company organized and existing under the laws of the State of Delaware whose primary place of business is located at 21650 Oxnard Street, Suite 200, Woodland Hills, California 91367, including all of its divisions, subsidiaries, related companies, predecessors and successors, and all of its owners, directors, managers, agents, attorneys, affiliates, subsidiaries, employees, contractors, partners, and joint ventures.

3. "DO NOT CALL LIST" means and refers to any internal list of phone numbers maintained by TRIUMPH on the TRIUMPH DIALING SYSTEM of PERSONS who have requested not to be called by TRIUMPH together with any written policies and procedures regarding the maintenance and use of any such list.

4. "DOCUMENTS" means and refers to writings, contracts, manuals, papers, drawings, graphs, diagrams, maps, audits and audit results, records, reports, investigations, charts, studies, photographs, sound recordings, images, computer programs, letters, ESI, emails, text messages, contracts, spreadsheets, agreements, data, databases, and any and all other data or data compilations, including without limitation all ESI, Excel files, screen shots, proof of backups, data or other reporting data—stored in any medium from which information can be obtained.

5. "IDENTIFY" shall mean the following:

    A. When referring to a person, it means to give the person's full name, present address or last known address, additional phone number, and email address, and the name of the registered business associated, owned, or operated, in any capacity by any such person.

    B. When referring to an entity, it means to give the entity's full name, contact

telephone number, and email address, and any name that the entity purports to do business as (d/b/a name), and the type of entity that the business is registered as, including but not limited to business, corporation, limited liability company, professional association, and limited liability partnership.

6. "PERSON" means any natural person or any business, legal, quasi-governmental or governmental entity or association.

7. "PLAINTIFF" means the Plaintiff in this action, Abante Rooter and Plumbing, Inc., and any subsequent PERSONS added as plaintiffs to the Complaint or any subsequent or amended complaint.

8. "RELEVANT TIME PERIOD" means and refers to the time from July 1, 2018 to the present.

9. "TRIUMPH" means and refers to Triumph Merchant Solutions, LLC a California corporation whose principal place of business and corporate headquarters is located at 2305 Historic Decatur Road, Suite 100, San Diego, California 92106, including all of its divisions, subsidiaries, related companies, predecessors and successors, and all of its owners, directors, managers, agents, attorneys, affiliates, subsidiaries, employees, contractors, partners, and joint ventures. For the purposes of this subpoena, the definition of TRIUMPH includes the following individuals: Jason Heil, Christopher Heil, and Nathan Aripez.

10. "TRIUMPH DIALING SYSTEM" means and refers to any equipment or software used by TRIUMPH to make the calls at issue in the ACTION, including any equipment, dialers, telemarketing systems, computers or computer systems, predictive dialers or autodialers. The definition also includes technology that plays a pre-recorded voice or message. The definition also includes all associated hardware, software, coding, and databases (including language, rules, fields, and schema). The definition includes any such equipment created, sold, or licensed by or from POUNDTEAM.

11. "YOU," "YOUR," or "POUNDTEAM" means and refers to PoundTeam Incorporated a Florida corporation, whose principal place of business is located at 306 Fox Loop, Davenport, Florida 33837, including all of its divisions, subsidiaries, related companies, predecessors and successors, and all of its owners, directors, managers, agents, attorneys, affiliates, subsidiaries, employees, contractors, partners, and joint ventures.

**Subject:** Re: Subpoena Directed to PoundTeam Incorporated – Case No. 3:19-cv-05711
**From:** Bill <bill@poundteam.com>
**Date:** 10/6/2020, 9:08 PM
**To:** Taylor Smith <tsmith@woodrowpeluso.com>

http://www.poundteam.com/legalnotice.php

*FYI: We have NO equipment on premises or otherwise under our control, access, or management belonging to or leased/rented by any of the people or businesses mentioned.*

On 10/6/2020 6:11 PM, Taylor Smith wrote:

> Dear Mr. Conley:
>
> On September 8, 2020, our law firm, via process server, served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (*See* "PoundTeam Subpoena," a true and accurate copy of which is attached to this email) upon PoundTeam Incorporated. ("PoundTeam") in the case of Abante Rooter and Plumbing, Inc. v Total Merchant Services, LLC – Case No. 3:19-cv-05711.
>
> The PoundTeam Subpoena specified September 25, 2020, as the deadline to respond. To date, our firm has received no response from PoundTeam. This email serves to remind PoundTeam of its obligation to provide a response to the subpoena. Accordingly, please contact our law firm immediately regarding PoundTeam's response to the subpoena. Failure to respond within 14 days will result in our firm moving to enforce the subpoena pursuant to Fed. R. Civ. P. 45(g).
>
> If you have any questions, please reach out to me directly.
>
> Sincerely,
> Taylor Smith
> --

Taylor T. Smith | Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com | www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC. It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it. If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

# Subpoena Policy

PoundTeam's Privacy Policy prohibits the release of customer or account information or communications without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with a verified court order signed by the judge of a court with appropriate jurisdiction properly served on PoundTeam Incorporated.

**Notice to Customer**

Upon the receipt of a valid civil subpoena, PoundTeam will promptly notify the customer whose information is sought via e-mail or U.S. mail.

**Fees for Subpoena Compliance**

PoundTeam will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Checks should be made out to PoundTeam Incorporated. Payment can also be made by Credit Card or Paypal. Research will not begin and no services will be provided until your payment has Cleared.

PoundTeam's subpoena compliance costs are as follows (expect at least one week for research to begin):

- Research - $100.00/hour
- Federal Express - Cost as Billed
- Copies - $.25/page

Emergency costs (Research will begin as soon as possible, usually within 24 hours):

- Research - $200.00/hour
- Federal Express - Cost as Billed
- Copies - $.25/page

Re: Subpoena Directed to PoundTeam Incorporated – Case No...
Case 8:20-mc-00110-JSM-SPF   Document 7-1   Filed 02/08/21   Page 13 of 19 PageID 57

**Subject:** Re: Subpoena Directed to PoundTeam Incorporated – Case No. 3:19-cv-05711
**From:** Taylor Smith <tsmith@woodrowpeluso.com>
**Date:** 10/7/2020, 6:35 PM
**To:** Bill <bill@poundteam.org>

Bill,

Are you available to jump on a phone call sometime next week?

Thanks,
Taylor

On Tue, Oct 6, 2020 at 7:08 PM Bill <bill@poundteam.org> wrote:

> http://www.poundteam.com/legalnotice.php
>
> *FYI: We have NO equipment on premises or otherwise under our control, access, or management belonging to or leased/rented by any of the people or businesses mentioned.*
>
> On 10/6/2020 6:11 PM, Taylor Smith wrote:
>
>> Dear Mr. Conley:
>>
>> On September 8, 2020, our law firm, via process server, served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (*See* "PoundTeam Subpoena," a true and accurate copy of which is attached to this email) upon PoundTeam Incorporated. ("PoundTeam") in the case of Abante Rooter and Plumbing, Inc. v Total Merchant Services, LLC – Case No. 3:19-cv-05711.
>>
>> The PoundTeam Subpoena specified September 25, 2020, as the deadline to respond. To date, our firm has received no response from PoundTeam. This email serves to remind PoundTeam of its obligation to provide a response to the subpoena. Accordingly, please contact our law firm immediately regarding PoundTeam's response to the subpoena. Failure to respond within 14 days will result in our firm moving to enforce the subpoena pursuant to Fed. R. Civ. P. 45(g).
>>
>> If you have any questions, please reach out to me directly.
>>
>> Sincerely,
>> Taylor Smith
>> --
>>
>> Taylor T. Smith | Woodrow & Peluso LLC
>> 3900 East Mexico Avenue, Suite 300
>> Denver, Colorado 80210
>> (720) 907-7628 (direct)
>> tsmith@woodrowpeluso.com | www.woodrowpeluso.com
>>
>> CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the

property of Woodrow & Peluso, LLC. It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it. If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Taylor T. Smith | Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com | www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC. It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it. If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**Subject:** Re: Subpoena Directed to PoundTeam Incorporated – Case No. 3:19-cv-05711
**From:** Bill <bill@poundteam.com>
**Date:** 10/7/2020, 6:48 PM
**To:** Taylor Smith <tsmith@woodrowpeluso.com>

Pricing is the same for any form of service. Support, consultation, phone calls, et cetera.

If you have an idea of the expected length of the phone call and deposit funds to cover that time, we could certainly schedule a call.

> On 10/7/2020 6:35 PM, Taylor Smith wrote:
>> Bill,
>>
>> Are you available to jump on a phone call sometime next week?
>>
>> Thanks,
>> Taylor
>>
>> On Tue, Oct 6, 2020 at 7:08 PM Bill <bill@poundteam.org> wrote:
>>> http://www.poundteam.com/legalnotice.php
>>>
>>> *FYI: We have NO equipment on premises or otherwise under our control, access, or management belonging to or leased/rented by any of the people or businesses mentioned.*
>>>
>>> On 10/6/2020 6:11 PM, Taylor Smith wrote:
>>>> Dear Mr. Conley:
>>>>
>>>> On September 8, 2020, our law firm, via process server, served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (*See* "PoundTeam Subpoena," a true and accurate copy of which is attached to this email) upon PoundTeam Incorporated. ("PoundTeam") in the case of Abante Rooter and Plumbing, Inc. v Total Merchant Services, LLC – Case No. 3:19-cv-05711.
>>>>
>>>> The PoundTeam Subpoena specified September 25, 2020, as the deadline to respond. To date, our firm has received no response from PoundTeam. This email serves to remind PoundTeam of its obligation to provide a response to the subpoena. Accordingly, please contact our law firm immediately regarding PoundTeam's response to the subpoena. Failure to respond within 14 days will result in our firm moving to enforce the subpoena pursuant to Fed. R. Civ. P. 45(g).
>>>>
>>>> If you have any questions, please reach out to me directly.
>>>>
>>>> Sincerely,
>>>> Taylor Smith
>>>> --

Taylor T. Smith I  Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com I www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC.  It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it.  If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Taylor T. Smith I  Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com I www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC.  It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it.  If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**Subject:** Re: Subpoena Directed to PoundTeam Incorporated – Case No. 3:19-cv-05711
**From:** Taylor Smith <tsmith@woodrowpeluso.com>
**Date:** 12/29/2020, 12:23 PM
**To:** Bill <bill@poundteam.org>

Dear Mr. Conley,

Attached please find the motion to compel compliance with the PoundTeam subpoena that was filed today in the Middle District of Florida, along with the corresponding exhibits. A copy of the attached documents has been mailed to PoundTeam's principal office address.

Thanks,
Taylor

> On Wed, Oct 7, 2020 at 4:48 PM Bill <bill@poundteam.org> wrote:
>
> Pricing is the same for any form of service. Support, consultation, phone calls, et cetera.
>
> If you have an idea of the expected length of the phone call and deposit funds to cover that time, we could certainly schedule a call.
>
>> On 10/7/2020 6:35 PM, Taylor Smith wrote:
>>
>> Bill,
>>
>> Are you available to jump on a phone call sometime next week?
>>
>> Thanks,
>> Taylor
>>
>> On Tue, Oct 6, 2020 at 7:08 PM Bill <bill@poundteam.org> wrote:
>>
>>> http://www.poundteam.com/legalnotice.php
>>>
>>> *FYI: We have NO equipment on premises or otherwise under our control, access, or management belonging to or leased/rented by any of the people or businesses mentioned.*
>>>
>>>> On 10/6/2020 6:11 PM, Taylor Smith wrote:
>>>>
>>>> Dear Mr. Conley:
>>>>
>>>> On September 8, 2020, our law firm, via process server, served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (*See* "PoundTeam Subpoena," a true and accurate copy of which is attached to this email) upon PoundTeam Incorporated. ("PoundTeam") in the case of Abante Rooter and Plumbing, Inc. v Total Merchant Services, LLC – Case No. 3:19-cv-05711.
>>>>
>>>> The PoundTeam Subpoena specified September 25, 2020, as the deadline to respond.

To date, our firm has received no response from PoundTeam. This email serves to remind PoundTeam of its obligation to provide a response to the subpoena. Accordingly, please contact our law firm immediately regarding PoundTeam's response to the subpoena. Failure to respond within 14 days will result in our firm moving to enforce the subpoena pursuant to Fed. R. Civ. P. 45(g).

If you have any questions, please reach out to me directly.

Sincerely,
Taylor Smith

--

Taylor T. Smith | Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com | www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC. It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it. If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Taylor T. Smith | Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com | www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC. It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it. If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used,

and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

--

Taylor T. Smith | Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
(720) 907-7628 (direct)
tsmith@woodrowpeluso.com | www.woodrowpeluso.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of Woodrow & Peluso, LLC. It may be privileged, confidential, attorney work product, or otherwise exempt and is intended only for the individual to whom it was addressed and others who have been specifically authorized to receive it. If you have received this communication in error and are not an intended recipient, please notify Woodrow & Peluso, LLC immediately and do not read, copy, use, or disclose this e-mail to others, including its attachments. After notifying Woodrow & Peluso, LLC, please delete the e-mail.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Attachments:

Abante v. PoundTeam - Motion to Compel (w:exhibits) (FILED).pdf                1.2 MB